■ In the Matter of JEFFERSON T. LALIK, a Suspended Attorney. [642 NYS2d 838] —A certified copy of a certificate of conviction having been filed showing that Jefferson Lalik was convicted of grand larceny in the second degree (1 count) and forgery in the second degree (19 counts), he is disbarred and his name is stricken from the roll of attorneys. Present—Denman, P. J., Green, Lawton, Fallon and Balio, JJ.

■ KEVIN P. BRADY, Plaintiff, v MICHAEL J. MILLER et al., Defendants. [642 NYS2d 839] —Motion for leave to appeal to the Appellate Division and for other relief denied. Memorandum: Permission to appeal is not required. The judgment of Supreme Court does not preclude an appeal from that judgment. Present—Green, J. P., Lawton, Fallon, Callahan and Balio, JJ.

■ BETH AHLERS, Plaintiff, v KARL B. AHLERS, Defendant. [642 NYS2d 840] —Motion to extend time to take appeal and for other relief denied. Memorandum: Because defendant has not been served with the order with notice of entry, the time to take an appeal has not begun to run (see, CPLR 5513 [a]); defendant needs no extension of that time. Because no appeal is pending, the motion for permission to proceed as a poor person on the appeal is premature. Present—Green, J. P., Lawton, Fallon, Callahan and Balio, JJ.

■ In the Matter of HASAN RAQIYB, Petitioner, v GUARD OSGOOD et al., Respondents. [642 NYS2d 840] —Motion for permission to proceed as poor person denied. Memorandum: Petitioner may prosecute the proceeding on the original papers and eight briefs (see, 22 NYCRR 1000.5 [f] [2]). There is no filing fee. Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ NORWEST MORTGAGE, INC., Appellants, v THOMAS V. LAUGHLIN et al., Defendants, and ALBERT C. MULLIN, Respondent. [642 NYS2d 840] —Motion to dismiss appeal denied. Memorandum: Because defendant failed to serve the order with proper notice of entry, the time for plaintiff to take an appeal has not begun to run (see, Nagin v Long Is. Sav. Bank, 94 AD2d 710). Present—Green, J. P., Pine, Fallon, Davis and Boehm, JJ.

■ In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Respondent, and TALAT ERSIDAR, Appellant. [641 NYS2d 1022] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kassoff, J. (Appeal from Judgment of Supreme Court, Queens County, Kassoff, J.—Arbitration.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.